MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

THOMAS E. STEVENS  (CABN 168362)
Assistant United States Attorney

   450 Golden Gate Ave., Box 36055
   San Francisco, California 94102
   Telephone:  (415) 436-7200
   Fax:  (415) 436-7234
   E-Mail:  Thomas.Stevens@usdoj.gov

Attorney for the United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR-11-0713 EMC |
| Plaintiff, | STIPULATION AND [P~~ROPO~~SED] ORDER CONTINUING HEARING RE: REVOCATION OF SUPERVISED RELEASE |
| v. | |
| TIFFANY T. CONLEY, | |
| Defendant. | |

     WHEREAS, on August 29, 2012, the above-captioned case came before the Court for hearing on revocation of supervised release, and the Court continued the matter, and a different criminal case in which defendant Conley is among the defendants , CR-12-0459 EMC, to November 7, 2012;

     WHEREAS, on October 30, 2012, based upon the parties' stipulation, the Court continued the status conference in CR-12-0459 EMC to November 28, 2012;

     WHEREAS, in the interest of efficiency for the Court and the parties, the United States and defendant Conley desire to continue the probation revocation proceedings to the same date as CR-12-0459 EMC;

**STIP. AND [PROPOSED] ORDER RE: REVOC. HRG.**
CR-11-0713 EMC

NOW, THEREFOR, the parties seek to continue the probation revocation hearing presently set for November 7, to November 28, 2012, and defendant Conley agrees that a hearing on that date, or any future date (if any) to which she agrees, constitutes a "reasonable time" under Fed. R. Crim. Proc. 32.1(b)(2).

SO STIPULATED.

DATED: November 5, 2012  MELINDA HAAG
United States Attorney

/s
Thomas E. Stevens
Assistant United States Attorney

DATED: November 5, 2012  /s
Timothy Crudo
Counsel to Tiffany Conley

## [PROPOSED] ORDER

Based upon the above stipulation, the Court hereby orders that the probation revocation hearing currently set for November 7, 2012, is VACATED. The new hearing date is November 28, 2012, at 2:30 p.m.

IT IS SO ORDERED.

DATED: November 5, 2012

IT IS SO ORDERED
Judge Edward M. Chen

EDWARD M. CHEN
UNITED STATES DISTRICT JUDGE

**STIP. AND [PROPOSED] ORDER RE: REVOC. HRG.**
CR-11-0713 EMC                    2