MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

THOMAS E. STEVENS (CABN 168362)
Assistant United States Attorney

   1301 Clay St., Ste. 340 S
   Oakland, California 94612
   Telephone: (510) 637-3701
   E-Mail: Thomas.Stevens@usdoj.gov

Attorney for the United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR-11-0713 EMC |
| Plaintiff, | STIPULATION AND [PR~~OP~~OSED] ORDER AMENDING JUDGMENT RE: SUPERVISED RELEASE VIOLATION |
| v. | |
| TIFFANY T. CONLEY, | |
| Defendant. | |

WHEREAS, on June 15, 2012, in a separate case entitled *United States v. Conley*, CR-12-0459 EMC, the defendant was arrested and taken into custody before being released later that day;

WHEREAS, on January 16, 2013, the defendant admitted to a violation of one of her supervised release conditions in the above-captioned case (CR-11-0713 EMC), namely, the condition that she not commit another crime;

WHEREAS, on April 24, 2013, the Court entered judgment on the supervised release violation, and in the separate case, *United States v. Conley*, CR-12-0459 EMC, both sentences to run concurrently;

**STIP. AND [PROPOSED] ORDER RE: AMENDED JUDGMENT**
CR-11-0713 EMC

1    WHEREAS, the judgment associated with the supervised release violation stated that the
2 defendant was sentenced to 4 years' probation with certain conditions, concurrent with the judgment
3 in CR-12-0459 EMC;
4    WHEREAS, that judgment appears to reflect a clerical error, inconsistent with 18 U.S.C.
5 § 3621(b);
6    WHEREAS, the parties, and the Probation Office, stipulate and agree that, with the consent
7 of the Court, the judgment for the supervised release violation should be amended to reflect the
8 following sentence:
9    1.    Supervised release is revoked;
10   2.    The defendant is sentenced to time served, concurrent with the time served
11 in *United States v. Conley*, CR-12-0459 EMC;
12   3.    Defendant is placed upon a new term of supervised release in the above-
13 captioned case, CR-11-0713 EMC, to run concurrently with the term of supervised release in *United
14 States v. Conley*, CR-12-0459 EMC, all terms and conditions to be the same in each case. 18 U.S.C.
15 §§ 3583(h), 3624(e).

    SO STIPULATED.


DATED: May 13, 2013          MELINDA HAAG
                             United States Attorney


                                  /s/
                             Thomas E. Stevens
                             Assistant United States Attorney


DATED: May 13, 2013               /s/
                             Timothy P. Crudo
                             Counsel to Tiffany Conley

**STIP. AND [PROPOSED] ORDER RE: AMENDED JUDGMENT**
CR-11-0713 EMC                      2

DATED: May 13 2013                    /s/
                                      Darnell Hammock, Probation Officer

## [PROPOSED] ORDER

Based upon the above stipulation, the Court hereby orders that the judgment in the above-captioned case be amended as set forth above.

IT IS SO ORDERED.

DATED: May __16__, 2013


_____
EDWARD M. CHEN
UNITED STATES DISTRICT JUDGE